229 F.2d 436
 J. D. CONLEY, Stanley Moore, Sr., George L. Carter, and B. A. Watson, Appellants,
v.
Pat J. GIBSON, General Chairman of Locals 6051 and 28 et al., Appellees.
 No. 15566.
 United States Court of Appeals Fifth Circuit.
 January 31, 1956.
 Rehearing Denied March 15, 1956.
 
 Appeal from the United States District Court for the Southern District of Texas; Thomas M. Kennerly, Judge.
 Roberson L. King, Houston, Tex., Dent, Ford, King & Wickliff, Houston, Tex., for appellants.
 Edward J. Hickey, Jr., Washington, D. C., Chester M. Fulton, L. G. Clinton, Jr., Houston, Tex., Fulbright, Crooker, Freeman, Bates & Jaworski, Houston, Tex., Mulholland, Robie & Hickey, Washington, D. C., of counsel, for appellee.
 Before HUTCHESON, Chief Judge, and HOLMES and RIVES, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment appealed from is affirmed. Slocomb v. Delaware, L. & W. R. Co., 339 U.S. 239, 70 S.Ct. 577, 94 L.Ed. 795; Hettenbaugh v. Airline Pilots Ass'n, 5 Cir., 189 F.2d 319.